United States District Court
Southern District of Texas
**ENTERED**
September 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WANDA MONTGOMERY, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-01033 |
| § | |
| JONATHAN NEIL & ASSOCIATES, § | |
| INC., § § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed August 29, 2023 (DOC #16), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

Signed on September 10, 2023.

_____
Alfred H. Bennett
United States District Judge